■ GAY S. USHKOW, Individually and as Executrix of MARTIN C. USHKOW, Deceased, Appellant, v MICHAEL J. BRODOWSKI et al., Defendants, and ROBERT A. BORNHURST, Respondent. (Appeal No. 2.) [668 NYS2d 116] —Order unanimously affirmed without costs. Same Memorandum as in *Ushkow v Brodowski* (244 AD2d 931 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Denman, P. J., Green, Wisner, Balio and Boehm, JJ.